AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

KENNETH BRANDON JACKSON,

Plaintiff,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: 5:23-cv-96

ROBERT DANFORTH, JASMINE KNOX, and TYRONE OLIVER,

Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, based on the Order dated September 12, 2025, the Court grants Defendants' Motions to Dismiss and dismisses without prejudice Plaintiff's Complaint. Additionally, the Court denies Plaintiff leave to appeal in forma pauperis. This case stands closed.

Approved by: _____
Honorable Benjamin W. Cheesbro
United States Magistrate Judge
Southern District of Georgia

September 12, 2025
Date

John E. Triplett, Clerk of Court
Clerk

_____
(By) Deputy Clerk

GAS Rev 10/2020